JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMIN CARPENTER and ROBERT CARPENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; STAR FORD LINCOLN; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 19-7505-GW-PLAx<br><br>**ORDER GRANTING JOINT STIPULATION REMANDING TO SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES FROM UNITED STATES DISTRICT COURT** |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND

# ORDER

The Court, having considered the Joint Stipulation of Plaintiffs JAZMIN CARPENTER and ROBERT CARPENTER to allow Plaintiffs' action to be remanded from the United States District Court for the Central District of California to the Superior Court of the State of California for the County of Los Angeles, and upon finding that good cause exists, hereby ORDERS as follows:

1. Plaintiffs' action shall be remanded to the Superior Court of the State of California for the County of Los Angeles.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 26, 2019

_____
HON. GEORGE H. WU,
United States District Judge